ANNA M. McCULLOUGH, as Administratrix of the Estate of WARD McCULLOUGH, Deceased, Appellant, *v.* THE PENNSYLVANIA RAILROAD COMPANY, Respondent.

*McCullough* v. *Pennsylvania R. R. Co.*, 177 App. Div. 952, affirmed. (Argued May 17, 1918; decided June 4, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department entered April 16, 1917, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant.　The intestate was struck by one of defendant's trains at its crossing at Olean street in the village of East Aurora.　The trial court directed a verdict for the defendant on the decision of

the Appellate Division on a former appeal (176 App. Div. 900) which held that " If plaintiff's intestate was aware of the approach of the train to the crossing, then absence of signals was not a cause of the accident. If intestate was not aware of the approach of the train, then he was negligent in failing to look."

*W. H. Ticknor* for appellant.

*H. J. Adams* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CUDDEBACK, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.